```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                        DISTRICT OF VERMONT
```

David Wambolt,                          :
      Plaintiff,                :
                                 :
      v.                         : File No. 2:07 CV 167
                                 :
State's Attorney of                     :
Chittenden County,                      :
      Defendant.                :

<u>ORDER</u>

      The Report and Recommendation of the United States Magistrate Judge was filed February 15, 2008.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

      The defendant's motion to dismiss (Paper 7) is **DENIED** and plaintiff's motion for appointment of counsel (Paper 5) is **DENIED** without prejudice.

      Dated at Burlington, in the District of Vermont, this 7th day of March, 2008.

                                          <u>/s/ William K. Sessions III</u>
                                          William K. Sessions III
                                          Chief Judge