```
              UNITED STATES DISTRICT COURT
                       FOR THE
                  DISTRICT OF VERMONT
```

David M. Wambolt,                 :
     Plaintiff,                 :
                                  :
     v.                         : File No. 2:07 CV 167
                                  :
State's Attorney of               :
Chittenden County,                :
     Defendant.                 :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed May 14, 2008. After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

It is hereby ordered that Plaintiff's motion to dismiss (Paper 17) be GRANTED, and that this case is DISMISSED without prejudice.

Dated at Burlington, in the District of Vermont, this 27th day of May, 2008.

                                         <u>/s/ William K. Sessions III</u>
                                         William K. Sessions III
                                         Chief Judge